UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NEW CARE DEVELOPMENT, LLC, *et al.*,

    Plaintiffs,

    v.

FIRST MERCURY INSURANCE COMPANY,

    Defendant.

Case No. C19-0004RSL

ORDER TO SHOW CAUSE

This matter comes before the Court *sua sponte*. On January 2, 2019, defendant removed this matter from state court alleging that this Court has diversity jurisdiction. Pursuant to 28 U.S.C. § 1446(b), a notice of removal must be filed within thirty days of receipt by defendant "of a copy of the initial pleading setting forth the claim for relief . . . ." The notice of removal states that defendant was served on November 26, 2018, more than thirty days before this action was removed. Because "[t]he receipt of service of summons and the complaint initiates the running of the 30-day period in which to file notice of removal," defendant's notice of removal appears to be untimely. Pacuska v. Allied Van Lines, Inc., C05-5830FDB, 2006 WL 521596 at *4 (W.D. Wash. Mar. 2, 2006). See also Alderson v. Delta Air Lines, Inc., C18-1374JLR, 2018 WL 5240811 at

ORDER TO SHOW CAUSE - 1

*2-3 (Oct. 22, 2018).[1]

Defendant is hereby ORDERED TO SHOW CAUSE on or before January 11, 2019, why the Court should not find the removal of this action untimely and remand it to state court. The Clerk of the Court is directed to note this order to show cause on the Court's calendar for January 11, 2019.

Dated this 4th day of January, 2019.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

---

[1] Under Washington law, "[a]n action is commenced when a complaint is filed or the summons is served, whichever occurs first." Blankenship v. Kaldor, 114 Wn. App. 312, 316 (2001) (internal quotation marks omitted).

ORDER TO SHOW CAUSE - 2