UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NEW CARE DEVELOPMENT, LLC, *et al.*,

    Plaintiffs,

    v.

FIRST MERCURY INSURANCE COMPANY,

    Defendant.

Case No. C19-0004RSL

ORDER OF REMAND

This matter comes before the Court *sua sponte*. On January 2, 2019, defendant removed this matter from state court alleging that this Court has diversity jurisdiction. Pursuant to 28 U.S.C. § 1446(b), a notice of removal must be filed within thirty days of receipt by defendant of the summons and complaint. The notice of removal states that defendant was served on November 26, 2018, more than thirty days before this action was removed. Defendant was therefore ordered to show cause why this matter should not be remanded to state court. Dkt. # 6.

Having reviewed defendant's response to the order to show cause, the arguments asserted therein are rejected. Under Washington law, "[a]n action is commenced when a complaint is filed or the summons is served, whichever occurs first." Blankenship v.

ORDER OF REMAND - 1

Kaldor, 114 Wn. App. 312, 316 (2001) (internal quotation marks omitted). Defendant acknowledges that it was served with the summons and complaint on November 26, 2018. Neither the subsequent filing of the lawsuit in state court nor defendant's discovery of that filing extends the removal deadline established by 28 U.S.C. § 1446(b). See Alderson v. Delta Air Lines, Inc., C18-1374JLR, 2018 WL 5240811 at *2-3 (Oct. 22, 2018); Dustin v. Meridian Fin. Servs., Inc., C17-1087JCC, 2017 WL 3773714 at *2-3 (W.D. Wash. Aug. 31, 2017); Pacuska v. Allied Van Lines, Inc., C05-5830FDB, 2006 WL 521596 at *4 (W.D. Wash. Mar. 2, 2006).

For all of the foregoing reasons, the Clerk of Court is again directed to remand the above-captioned matter to King County Superior Court.

Dated this 5th day of February, 2019.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF REMAND - 2